Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
   Fisher & Hayes LLP
112 Madison Avenue
New York New York  10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL  62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Mickel and Theresa Salazar, vs. Pfizer, Inc.,.*<br>MDL No. 06-6935: Plaintiff Mickel Salazar and Theresa Salazar | |

Come now the Plaintiffs, Mickel Salazar and Theresa Salazar, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -                    STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Mickel Salazar and Theresa Salazar's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009       By: _____
                                      Jayne Conroy
                                      **HANLY CONROY BIERSTEIN**
                                      **SHERIDAN FISHER & HAYES LLP**
                                      112 Madison Avenue
                                      New York, New York 10016-7416
                                      (212) 784-6400
                                      (212) 784-6420 (Fax)
                                      Email: jconroy@hanlyconroy.com

                    -and-

                                      **SIMMONSCOOPER LLC**
                                      707 Berkshire Blvd.
                                      East Alton, IL 62024
                                      (618) 259-2222
                                      (618) 259-2251 (Fax)

                                      *Counsel for Plaintiff.*

Dated: ____March 11___, 2009       By: _____
                                      Michelle W. Sadowsky
                                      **DLA PIPER US LLP**
                                      1251 Avenue of the Americas
                                      New York, New York 10020-1104
                                      (212) 335-4625
                                      (212) 884-8675 (Fax)

                                      *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____March 30___, 2009       By: _____
                                      United States District Court